# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGE WASKINGTON, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.: 2:09-cv-00101 |
| CAPITAL ONE BANK, N.A., a foreign ) | |
| company, and TRANS UNION, LLC, a foreign ) | |
| limited liability company, ) | |
| ) | |
| *Defendants.* ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the plaintiff, by and through counsel, K. Anderson Nelms, Esq., and defendants, Capital One Bank (USA), N.A., by and through counsel, W. Drake Blackmon, Esq., and Trans Union, LLC, by and through counsel, Kary B. Wolfe, Esq. and stipulate, pursuant to *Rule 41 of the Federal Rules of Civil Procedure*, that this action and all claims alleged in the Complaint against defendants, Capital One Bank (USA), N.A., and Trans Union, LLC, are hereby dismissed, with prejudice.

WHEREFORE, THE PREMISES CONSIDERED, the parties respectfully request this Honorable Court to dismiss defendants Capital One Bank (USA), N.A. and Trans Union, LLC, with prejudice, costs taxed as paid.

Plaintiff informs this Honorable Court that all defendants have been dismissed and this case is due to be closed at this time.

Respectfully submitted this 3rd day of April, 2009.

/s/ Andy Nelms
Keith Anderson Nelms (ASB-6972-E63K)
Attorney for - Plaintiff
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066
Phone:  (334) 351-1770
Fax:      (334) 351-1774
andynelms@andersonnelms.com

/s/ W. Drake Blackmon
STARNES & ATCHISON, LLP
Attorney for Defendant - Capital One Bank (USA), N.A.
100 Brookwood Place, Suite 700
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone:  (205) 868-6000
Fax:      (205) 6099
WDB@starneslaw.com


/s/ Kary B. Wolfe
Kary B. Wolfe, Esq.
Timothy M. Davis, Esq.
Attorneys for Defendant - Trans Union, LLC
WALSTON WELLS & BIRCHALL, LLP
1819 Fifth Avenue North, Suite 1100
P.O. Box 830642
Birmingham, Alabama 35283-0642
Phone:  (205) 244-5200
Fax:      (205) 244-5481
kwolfe@walstonwells.com



## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid or through this court's CM/ECF Electronic Filing system on this the 3rd  day of April, 2009, on the following:

All attorneys of record.

/s/ Andy Nelms

Of Counsel