# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGE WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-cv-101-UNAS-JEO |
| | ) | |
| CAPITAL ONE BANK, N.A., a foreign company; and TRANS UNION, LLC, a foreign limited liability company, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The above-styled action is before the court on the Amended Joint Stipulation of Dismissal filed by the parties.  (Doc. 14).  Upon consideration of the matters presented, and for good cause shown, it is **ORDERED** that the plaintiff's claims against the defendants in the above-styled action are hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE,** this 7th day of April, 2009.

SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE